EXHIBIT 3



