Exhibit 4



When www.legiral.com is "clicked" the user is instantly forwarded to a different page:

