AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___United States District Court Northern District of Illinois___ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:21-cv-02238 | DATE FILED<br>4/26/2021 | U.S. DISTRICT COURT<br>United States District Court Northern District of Illinois |
|---|---|---|
| PLAINTIFF<br>Shenzhen Haohuasuan Technology Co. Ltd. | | DEFENDANT<br>legiral.com |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | (see attached) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>E. Caswick | DATE<br>4/27/2021 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director  **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director  **Copy 4**—Case file copy

EXHIBIT 1

Generated on: This page was generated by TSDR on 2021-04-22 15:58:15 EDT

Mark: LEGIRAL

# Legiral

| | |
|---|---|
| US Serial Number: | 87862063 |
| US Registration Number: | 5810151 |
| Filed as TEAS Plus: | Yes |
| Register: | Principal |
| Mark Type: | Trademark |
| TM5 Common Status Descriptor: |  |
| Application Filing Date: | Apr. 03, 2018 |
| Registration Date: | Jul. 23, 2019 |
| Currently TEAS Plus: | Yes |

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: Registered. The registration date is used to determine when post-registration maintenance documents are due.
Status Date: Jul. 23, 2019
Publication Date: May 07, 2019

## Mark Information

Mark Literal Elements: LEGIRAL

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Computer mice; Computer printers for printing documents; Covers for smartphones; Digital book readers; Downloadable video recordings featuring mathematics instruction; Electric and electronic video surveillance installations; Electronic locks; Frequency converters; Gas masks; Optical scanners; Photocopiers; Safety goggles; Smartglasses; Blank USB flash drives

International Class(es): 009 - Primary Class
U.S Class(es): 021, 023, 026, 036, 038
Class Status: ACTIVE
Basis: 1(a)
First Use: Oct. 13, 2017
Use in Commerce: Oct. 13, 2017

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

Owner Name: SHENZHEN HAOHUASUAN TECHNOLOGY CO., LTD.

Owner Address: 105D, BUILDING 52, BINJIANG NEW VILLAGE, NO. 77 DONGYUAN ROAD, BINJIANG COMMUNITY, NANYUAN STREE, FUTIAN DISTRICT, SHENZHEN CHINA

Legal Entity Type: LIMITED LIABILITY COMPANY

State or Country Where Organized: CHINA

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

Correspondent Name/Address: ZHANG, CHUNMING
Beizhan Community, Minzhi St, Longhua Dist
Room 909, 9/F, Xinjing Building
SHENZHEN, GUANGDONG CHINA 518100-18576612441

Phone: (86)18576612441

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 18, 2019 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Jul. 23, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| May 07, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 07, 2019 | PUBLISHED FOR OPPOSITION | |
| Apr. 26, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 17, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 13, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 27, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 27, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70997 |
| Mar. 27, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70997 |
| Mar. 27, 2019 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 70997 |
| Mar. 21, 2019 | ASSIGNED TO LIE | 70997 |
| Mar. 18, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 18, 2019 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Mar. 11, 2019 | NOTIFICATION FOR REQ FOR RECON DENIED NO APPEAL FILED | |
| Mar. 11, 2019 | ACTION FOR REQ FOR RECON DENIED NO APPEAL FILED E-MAILED | |
| Mar. 11, 2019 | ACTION REQ FOR RECON DENIED NO APPEAL FILED COUNTED NOT MAILED | 93409 |
| Mar. 08, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Mar. 08, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Mar. 08, 2019 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Jan. 09, 2019 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Jan. 09, 2019 | FINAL REFUSAL E-MAILED | |
| Jan. 09, 2019 | FINAL REFUSAL WRITTEN | 93409 |
| Nov. 14, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Nov. 14, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Nov. 14, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 20, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 20, 2018 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 20, 2018 | NON-FINAL ACTION WRITTEN | 93409 |
| Jul. 19, 2018 | ASSIGNED TO EXAMINER | 93409 |
| Apr. 11, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 06, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

| | |
|---|---|
| | TM Staff Information - None |
| | **File Location** |
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Jul. 23, 2019 |

## Assignment Abstract Of Title Information

**Summary**

| | | | |
|---|---|---|---|
| Total Assignments: 1 | | Registrant: | Shenzhen Kaifang Technology Co., Ltd. |

### Assignment 1 of 1

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST | | |
| Reel/Frame: | 6814/0517 | Pages: | 2 |
| Date Recorded: | Dec. 10, 2019 | | |
| Supporting Documents: | assignment-tm-6814-0517.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | SHENZHEN KAIFANG TECHNOLOGY CO., LTD. | Execution Date: | Nov. 11, 2019 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | No Place Where Organized Found |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | SHENZHEN HAOHUASUAN TECHNOLOGY CO., LTD. | | |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | CHINA |
| Address: | 105D, BUILDING 52, BINJIANG NEW VILLAGE, NO. 77 DONGYUAN ROAD, BINJIANG COMMUNITY, NANYUAN STREE, FUTIAN DISTRICT, SHENZHEN, CHINA | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | FELIPE RUBIO |
| Correspondent Address: | 8950 SW 74TH CT 1804 MIAMI, FL 33156 |

**Domestic Representative - Not Found**

# United States of America
## United States Patent and Trademark Office

# Legiral

**Reg. No. 5,810,151**
**Registered Jul. 23, 2019**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Shenzhen Kaifang Technology Co., Ltd. (CHINA LIMITED LIABILITY COMPANY)
No. 2,lane 6#,sanliangong Village
Longhua Street,longhua District
Shenzhen, CHINA 518100

CLASS 9: Computer mice; Computer printers for printing documents; Covers for smartphones; Digital book readers; Downloadable video recordings featuring mathematics instruction; Electric and electronic video surveillance installations; Electronic locks; Frequency converters; Gas masks; Optical scanners; Photocopiers; Safety goggles; Smartglasses; Blank USB flash drives

FIRST USE 10-13-2017; IN COMMERCE 10-13-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-862,063, FILED 04-03-2018

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Case: 1:21-cv-02238 Document #: 1-1 Filed: 04/26/21 Page 7 of 14 PageID #:13

EXHIBIT 2

Case: 1:21-cv-02238 Document #: 14-2 Filed: 04/26/21 Page 8 of 14 PageID #:314



EXHIBIT 3





```
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: ndlatam.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email: ndlatam.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
```

Exhibit 4



When www.legiral.com is "clicked" the user is instantly forwarded to a different page:

