**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHENZHEN HAOHUASUAN TECHNOLOGY CO. LTD., | ) ) ) | Civil Action No.:1:21-cv-02238 |
| Plaintiff, | ) ) | Judge Gary Feinerman |
| v. | ) ) | Magistrate Judge Beth W. Jantz |
| Legiral.com, an Internet domain name, | ) ) ) ) | |
| Defendant | ) | |

## LR 3.2 NOTIFICATION AND FRCP 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 and FRCP 7.1, Plaintiff Shenzhen Haohuasuan Co., Ltd. ("Plaintiff") makes the following disclosures:

1. Plaintiff does not have any parent corporations.

2. Plaintiff is not a public-held corporation or an otherwise publicly-held entity;

3. It is not the case that 5% or more of the Plaintiff's stock is owned by a publicly-held corporation or an otherwise publicly-held entity.

                                                                   Respectfully submitted,

                              By:    /Frank Gao/

                                    One of Plaintiff's attorneys

Frank Gao
David C. Brezina
Ladas & Parry LLP
224 S. Michigan Ave. Suite 1600
Chicago, Illinois 60604
(312) 427-1300

1