## IN THE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Shenzhen Haohuasuan Technology Co. Ltd.,**

    Plaintiff(s),

vs.

**Legiral.com, an Internet domain name,**

    Defendant(s).

Case No.: 1:21 CV 2238

**AFFIDAVIT OF SERVICE**

I, JOHN J PENNELL, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an agent of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494. I attempted service of the within **Complaint; Exhibits 1-4; Trademark Report to USPTO; and Lanham Mediation Program materials; Summons** to **Godaddy.com LLC c/o Illinois Corporation Service Co.**, located at **801 Adlai Stevenson Drive, Springfield, IL 62703** resulting in the following:

[X] **AUTHORIZED SERVICE:** By leaving a copy of the Complaint; Exhibits 1-4; Trademark Report to USPTO; and Lanham Mediation Program materials; Summons with:

**NAME** MATT DIERKING

**TITLE** AUTHORIZED AGENT .an individual of the company willing and able to accept on behalf of the entity/respondent/witness on:

the 28TH day of APRIL, 20 21 at 2:50 P M

[ ] **NON-SERVICE** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (**attach a separate sheet if needed**):

__/__/____ @ _____

__/__/____ @ _____

__/__/____ @ _____

A description of person with whom the documents were left is as follows:

Sex: M  Race: WHITE  Approx. Age: 28  Height: 6'1"  Weight: 190#  Hair: BRN

Noticeable Features/Notes _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn to before me on this 28TH day of APRIL, 20 21.

X _____
JOHN J PENNELL
(Print Name)

_Rachel Pennell_
Notary Public

OFFICIAL SEAL
**RACHEL PENNELL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-04-2024


*275893*

Law Firm Ref #:c221744139