EXHIBIT A

---

**UNITED STATES POSTAL SERVICE**

LOOP CLARK STREET
211 S CLARK ST
CHICAGO, IL 60604-9998
(800)275-8777

04/27/2021                                      05:24 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $1.80 |
| Large Envelope | | | |
| Scottsdale, AZ 85260 | | | |
| Weight: 0 lb 4.60 oz | | | |
| Estimated Delivery Date | | | |
| Sat 05/01/2021 | | | |
| Certified Mail® | | | $3.60 |
| Tracking #: | | | |
| 70191120000102847180 | | | |
| e-Return Receipt | | | $1.75 |
| Total | | | $7.15 |

Grand Total:                                      $7.15

Credit Card Remitted                              $7.15
  Card Name: VISA
  Account #: XXXXXXXXXXXX2065
  Approval #: 02665D
  Transaction #: 682
  AID: A0000000031010           Chip
  AL: VISA CREDIT
  PIN: Not Required             CHASE VISA

************************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
************************************************

Use label # for inquiry on
Return Receipt (Electronic).

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

For Return Receipt (by email), visit
USPS.com, click on Track & Manage and
enter Tracking number; click on drop-down
arrow under Return Receipt Electronic;
enter name and email address and click on
Request Email.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 161562-0041
Receipt #: 840-56060003-8-3675016-2
Clerk: 11

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Scottsdale, AZ 85260               OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.60 | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $1.75 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.80 | |
| Total Postage and Fees | $7.15 | 04/27/2021 |

Sent To  Legal Dept, Godaddy.com LLC
Street and Apt. No., or PO Box No.  14455 N Hayden Rd, Scottsdale
City, State, ZIP+4  85260

7019 1120 0001 0284 7180

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions