# Gao, Frank

| | |
|---|---|
| **From:** | Gao, Frank |
| **Sent:** | Tuesday, April 27, 2021 3:44 PM |
| **To:** | courtdisputes@godaddy.com |
| **Cc:** | abuse@godaddy.com; TrademarkClaims@godaddy.com; Brezina, David |
| **Subject:** | re: 1:21-cv-02238, Northern District of Illinois, complaint filed against legiral.com |
| **Attachments:** | Doc. 1--Complaint.pdf; Doc. 1-1.pdf; Doc. 1-2.pdf; Doc. 1-3.pdf; Doc. 1-4.pdf; Doc. 4_notice to USPTO.pdf; Doc. 5_mediation.pdf; GoDaddy cover letter.pdf |

April 27th, 2021

To: GoDaddy.com, LLC
14455 N Hayden Rd #226
Scottsdale, AZ 85260
Via Email To:
courtdisputes@godaddy.com
TrademarkClaims@godaddy.com
abuse@godaddy.com

Re: 1:21-cv-02238,
Shenzhen Haohuasuan Technology Co., Ltd. vs. Legiral.com

Enclosed please find:
  (1)  Complaint;
  (2)  Exhibits 1-4;
  (3)  Trademark Report to USPTO; and
  (4)  Lanham Mediation Program materials

Respectfully submitted,

By:  /Frank Gao/

One of Plaintiff's attorneys

Frank Gao
David C. Brezina
Ladas & Parry LLP
224 S. Michigan Ave. Suite 1600
Chicago, Illinois 60604
(312) 427-1300

**CERTIFICATE OF SERVICE**

1

I hereby certify that true and correct copies of the foregoing was mailed by depositing same with the US Postal Service, postage prepaid, this 27th day of April, 2021 to :

GoDaddy.com, LLC
14455 N Hayden Rd #226
Scottsdale, AZ 85260

By:     /Frank Gao/

One of Plaintiff's attorneys

Thanks,

Sincerely,

Frank Gao, M.S. & J.D. Registered US Patent & Trademark Attorney



Ladas & Parry LLP
224 S. Michigan, Suite 1600, Chicago, Illinois 60604
001-312 427 1300 (Office)
001-312-678-7338 (Cell)
Wechat:Frankypatents
QQ: 977005220

2