## Gao, Frank

| | |
|---|---|
| **From:** | Courtdisputes@godaddy.com |
| **Sent:** | Wednesday, April 28, 2021 4:27 PM |
| **To:** | Gao, Frank; Courtdisputes@godaddy.com |
| **Cc:** | Brezina, David |
| **Subject:** | RE: 1:21-cv-02238, Northern District of Illinois, complaint filed against legiral.com |

Dear Frank,

Thank you for sending in the complaint. legiral.com has been placed in a thirty-day hold period following our receipt of the complaint.

The hold temporarily affects the ability to transfer the domain names.

Absent the receipt of a court order requiring the hold to be maintained, the hold will expire on 5/28/2021

**Kristel P.**
GoDaddy | Policy Compliance



Claim: 2687706


**From:** Gao, Frank <fgao@ladas.net>
**Sent:** Tuesday, April 27, 2021 1:44 PM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>
**Cc:** abusegd <abuse@godaddy.com>; TradeMarkClaims <trademarkclaims@godaddy.com>; Brezina, David <dbrezina@ladas.net>
**Subject:** re: 1:21-cv-02238, Northern District of Illinois, complaint filed against legiral.com

Caution: This email is from an external sender. Please do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspicious emails to isitbad@.


April 27th, 2021

To: GoDaddy.com, LLC
14455 N Hayden Rd #226
Scottsdale, AZ 85260
Via Email To:

1

courtdisputes@godaddy.com
TrademarkClaims@godaddy.com
abuse@godaddy.com

Re: 1:21-cv-02238,
Shenzhen Haohuasuan Technology Co., Ltd. vs. Legiral.com

Enclosed please find:

(1) Complaint;
(2) Exhibits 1-4;
(3) Trademark Report to USPTO; and
(4) Lanham Mediation Program materials

Respectfully submitted,

By: /Frank Gao/

One of Plaintiff's attorneys

Frank Gao
David C. Brezina
Ladas & Parry LLP
224 S. Michigan Ave. Suite 1600
Chicago, Illinois 60604
(312) 427-1300

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing was mailed by depositing same with the US Postal Service, postage prepaid, this 27th day of April, 2021 to :

GoDaddy.com, LLC
14455 N Hayden Rd #226
Scottsdale, AZ 85260

By: /Frank Gao/

One of Plaintiff's attorneys

Thanks,

Sincerely,

Frank Gao, M.S. & J.D. Registered US Patent & Trademark Attorney



Ladas & Parry LLP

224 S. Michigan, Suite 1600, Chicago, Illinois 60604

001-312 427 1300 (Office)

001-312-678-7338 (Cell)

Wechat:Frankypatents
QQ: 977005220