**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHENZHEN HAOHUASUAN TECHNOLOGY CO. LTD., | ) ) ) | Civil Action No.:1 :21-cv-02238 |
| Plaintiff, | ) ) | Judge Gary Feinerman |
| v. | ) ) | Magistrate Judge Beth W. Jantz |
| Legiral.com, an Internet domain name, | ) ) ) ) | |
| Defendant | ) | |

## NOTICE MOTION

On Wednesday, May 26, 2021 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Shenzhen Haohuasuan Technology Co. Ltd. Inc., shall appear before the Honorable Judge Gary Feinerman, in Courtroom 1908 or on Zoom and present the recently filed Motion for approval of service by publication, default judgment, and order freezing transfer.

Respectfully submitted,

By:    /Frank Gao/

One of Plaintiff's attorneys

Frank Gao
David C. Brezina
Ladas & Parry LLP
224 S. Michigan Ave. Suite 1600
Chicago, Illinois 60604
(312) 427-1300

1

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing was by electronic mailing this 21th day of May, 2021 to:

GoDaddy.com, LLC
14455 N Hayden Rd #226
Scottsdale, AZ 85260
Via Email To:
Courtdisputes@godaddy.com

                By:
                One of Plaintiff's attorneys

                By:    /Frank Gao/

                One of Plaintiff's attorneys

Frank Gao
David C. Brezina
Ladas & Parry LLP
224 S. Michigan Ave. Suite 1600
Chicago, Illinois 60604
(312) 427-1300