# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Shenzhen Haohuasuan Technology Co. Ltd.

Plaintiff,

v.

legiral.com

Defendant.

Case No.: 1:21−cv−02238

Honorable Gary Feinerman

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 24, 2021:

      MINUTE entry before the Honorable Gary Feinerman:Motion for service by publication [10] is granted in part and entered and continued in part. Plaintiff may effectuate service by publication. A Rule 55(a) default is entered. The Rule 55(b) portion of the motion is entered and continued to 6/21/2021 at 9:15 a.m. Any person or entity that would like to oppose the Rule 55(b) judgment must file an opposition by 6/16/2021 or appear at the 6/21/2021 motion hearing. Plaintiff shall serve this order on the real−party−in−interest by publication and also through Godaddy, Inc. Motion hearing set for 5/26/2021 [11] is stricken. The status hearing set for 7/7/2021 [8] is stricken. Attorneys/Parties should appear for the 6/21/2021 hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.