# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Shenzhen Haohuasuan Technology Co. Ltd.

                                            Plaintiff,

v.                                                                     Case No.: 1:21−cv−02238

                                                                          Honorable Gary Feinerman

legiral.com

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 21, 2021:

        MINUTE entry before the Honorable Gary Feinerman: Telephone hearing held as to the Rule 55(b) portion of motion [10]. No response having been filed, nobody appearing on behalf of defendant, and for the reasons stated on the record, the motion [10] is granted in full. Enter Judgment Order. Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.