IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Shenzhen Haohuasuan Technology Co., Ltd.,

Plaintiff,

v.

Legiral.com,

Defendant.

Case No. 21-cv-02238
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiff Shenzhen Haohuasuan Technology Co. Ltd. and against Defendant legiral.com. GoDaddy.com, LLC is ordered to transfer to Plaintiff the domain name legiral.com.

This action was *(check one)*:

☐ tried by a jury with Judge Gary Feinerman presiding, and the jury has rendered a verdict.
☐ tried by Judge Gary Feinerman without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 6/21/2021

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk